CONSOLIDATED FRUIT JAR CO. v. WISNER. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by the Consolidated Fruit Jar Company against Henry C. Wisner. No opinion. Reargument ordered. See memorandum.

CONTE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1905.) Action by Antonio Conte against the city of New York. T. Connoly for appellant. M. Goodman, for respondent. No opinion. Order modified, by requiring plaintiff to pay trial fee and $10 costs of motion, and, as modified, affirmed, without costs.

CONVERSE, Respondent, v. CONVERSE, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Charles E. Converse against Carrie A. Converse. No opinion. Order affirmed, without costs.

CONYNGHAM, Appellant, v. HAFFEN, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Appeal from Trial Term, New York County. Action by Michael Conyngham against Louis P. Haffen. From a judgment overruling demurrers to two separate defenses in the answer, plaintiff appeals. Modified. R. Weed, for appellant. W. B. Crowell, for respondent.

PER CURIAM. The judgment appealed from should be modified, by affirming the same as to the defense designated in the answer as "a separate defense," and by reversing the judgment and sustaining the demurrer, with costs, with leave to the defendant to amend on payment of costs in the court below, as to the defense designated in the answer as "a further defense." As so modified, judgment should be affirmed, without costs of appeal to either party.

COOPER, Respondent, v. BROOKLYN TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Alfred Cooper against the Brooklyn Trust Company, as executor, etc., of Mary F. Raymond, deceased. No opinion. Reargument ordered, and case set down for Monday, October 16, 1905.

COPSTEIN v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Alexander M. Copstein against the Union Railway Company. No opinion. Motion denied, on payment of $10 costs.

CORBIN, Appellant, v. SPALDING ST. LAWRENCE BOAT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Floyd S. Corbin against the Spalding St. Lawrence Boat Company. E. Fixman, for appellant. G. S. Clay, for respondent. No opinion. Judgment affirmed, with costs.

CORIDEO, Respondent, v. GALLO, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by James Corideo against Saverio Gallo. No opinion. Judgment of the Municipal Court affirmed, with costs.

CORNELL STEAMBOAT CO., Respondent, v. WITTENBERG, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by the Cornell Steamboat Company against Charles J. Wittenberg. No opinion. Order affirmed, with $10 costs and disbursements.

CORNING, Appellant, v. BABCOCK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by John S. Corning against Harriet S. Babcock and another.

PER CURIAM. Motion to dismiss appeal denied. Held, that as this motion is based solely upon the failure of the appellant to serve a case, and not upon the failure to comply with rule 41, the motion cannot be granted. The respondents should have applied to the Special Term for an order declaring the case and exceptions abandoned.

CORNWALL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Anna V. Cornwall against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that it was error for the trial justice to charge the jury that, if the son (plaintiff's) was free from negligence and the defendant was negligent, then the plaintiff can recover, irrespective of the question whether she was negligent or not.

CORREGAN, Respondent, v. VAN DE VENTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Charles H. Corregan against Eugene J. Van De Venter, as president, etc., and others. No opinion. Judgment affirmed, with costs.

In re COX. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) In the matter of the application of Frank Buchanan Cox for admission to the bar. No opinion. Application granted.

COX v. CLARKE. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Fred H. Cox against Charles E. Clarke. No opinion. Motion denied.

COX v. CLARKE. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Fred H. Cox against Charles E. Clarke. No opinion. Motion denied, with $10 costs.